HENRY R. PIERSON, as Receiver, etc., Appellant, *v.* ANDREW W. MORGAN, JUSTINE M. CRONK, as Administratrix, etc., Respondent.

(Argued June 23, 1887 ; decided October 4, 1887.)

*Raphael J. Moses, Jr.* for appellant

*P. H. Vernon* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

------

THE PEOPLE ex rel. JOHN McLAUGHLIN, Appellant, *v.* THE COMMISSIONERS OF THE DEPARTMENT OF FIRE AND BUILDINGS OF THE CITY OF BROOKLYN, Respondent.

(Argued June 23, 1887; decided October 4, 1887.)

THIS case presented the same question and was decided on the authority of *People ex rel. Peck* v. *Commissioners* (*ante*, p. ---).

*Edward F. O'Dwyer* for appellant.

*Almet F. Jenks* for respondent.

*Per Curiam mem.* for reversal.
All concur.
Order reversed.